IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| ARRON IVIE, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CIV-16-05-M |
| JIM MULLET, et al., | ) ) ) | |
| Defendants. | ) | |

### ORDER

On February 18, 2016, United States Magistrate Judge Bernard M. Jones issued a Report and Recommendation in this action brought pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended this action be dismissed without prejudice for failure to comply with the requirements of 28 U.S.C. § 1915(b). Plaintiff was advised of his right to file an objection to the Report and Recommendation on or before March 11, 2016. A review of the file reveals no objection has been filed.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 9] issued by the Magistrate Judge on February 18, 2016 and

(2) DISMISSES this action without prejudice for failure to comply with the requirements of 28 U.S.C. § 1915(b).

**IT IS SO ORDERED this 16th day of May, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE